# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 16-10841 | WHD | Judge: | W. H. Drake Jr. | Trustee Name: | Theo D. Mann, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Dwayne Anthony Cherry | | | | Date Filed (f) or Converted (c): | 04/27/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/03/2016 |
| For Period Ending: | 12/31/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Toyota Camry | 12,150.00 | 12,150.00 | | 0.00 | FA |
| 2. Household goods and furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 3. Electronics | 750.00 | 750.00 | | 0.00 | FA |
| 4. Golf Clubs | 50.00 | 50.00 | | 0.00 | FA |
| 5. Clothing | 100.00 | 100.00 | | 0.00 | FA |
| 6. Checking account - Wells Fargo | 0.00 | 0.00 | | 0.00 | FA |
| 7. Checking account - Wells Fargo | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 8. Checking account - Navy Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 9. Savings account - Wells Fargo | 5.00 | 5.00 | | 0.00 | FA |
| 10. Savings account - Navy Federal Credit Union | 15.00 | 15.00 | | 0.00 | FA |
| 11. Security Deposit on Rental Unit | 1,400.00 | 1,400.00 | | 0.00 | FA |
| 12. Accounts Receivable for Cherry Blossom Productions | 600.00 | 600.00 | | 0.00 | FA |
| 13. Mother's home worth $15,000 - $20,000 split amongst 6 heirs | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. Auto Accident from October 1, 2015 | Unknown | Unknown | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $18,370.00      $18,370.00            $0.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Monitoring PI claim

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 70,000 miles |
| RE PROP # | 6 | -- | Overdrawn |
| RE PROP # | 8 | -- | Overdrawn |
| RE PROP # | 13 | -- | $12,000 mortgage |
| RE PROP # | 14 | -- | Represented by Morgan & Morgan; |

7/19/16  Order entered sustaining Trustee's objection to Debtor's exemption of $10,000 (Doc #27)

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:     /s/ Theo D. Mann, Trustee     Date: 01/31/2017

Theo D. Mann, Trustee
P.O. Box 310
Newman, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-10841 | Trustee Name: | Theo D. Mann, Trustee |
| Case Name: Dwayne Anthony Cherry | Bank Name: | |
| | Account Number/CD#: | |
| Taxpayer ID No: | Blanket Bond (per case limit): | $40,160,000.00 |
| For Period Ending: 12/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ Theo D. Mann, Trustee   Date: 01/31/2017

Theo D. Mann, Trustee
P.O. Box 310
Newman, GA  30264-0310
(770) 253-2222
tmann@mwklaw.org

Page Subtotals:                                                         $0.00          $0.00